UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARL REGINALD GRAY,<br><br>        Petitioner,<br><br>    v.<br><br>JOSIE GASTELO, Warden,<br><br>        Respondent. | No. LA CV 18-00581-VBF (FFM)<br><br>ORDER<br><br>Adopting the Report & Recommendation:<br><br>Denying the Habeas Corpus Petition,<br>Dismissing the Action With Prejudice,<br><br>Directing the Entry of Separate Judgment,<br>and Terminating the Case (JS-6) |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (Docket No. 16). Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that:

      **The Report and Recommendation is ADOPTED.**

      **The petition for a writ of habeas corpus is DENIED** for lack of merit.

1 | The Court will enter final judgment consistent with the R&R by separate
2 | document as required by Fed. R. Civ. P. 58(a).
3 | The Court will rule on a certificate of appealability by separate order.

**This action is DISMISSED with prejudice.**

**The case shall be TERMINATED and closed (JS-6).**

Dated: March 29, 2019

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
Senior United States District Judge