JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| CARL REGINALD GRAY, | ) | No. LA CV 18-00581-VBF (FFM) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| JOSIE GASTELO, Warden, | ) ) | |
| Respondent. | ) ) | |

Final judgment is hereby entered in favor of the respondent and against petitioner Carl Reginald Gray. IT IS SO ADJUDGED.

Dated: March 29, 2019

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
Senior United States District Judge